UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEXTEER AUTOMOTIVE
CORPORATION,

        Plaintiff,

v.

CASE NO. 13-CV-15189
HON. GEORGE CARAM STEEH

KOREA DELPHI AUTOMOTIVE
SYSTEMS CORPORATION,

        Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S**
**MOTION FOR PAGE EXTENSION (Doc. 59)**

Plaintiff Nexteer Automotive Corporation has filed an ex parte motion for a page extension to file a 23-page reply brief in support of its motion to confirm the arbitration award (Doc. 59). Defendant Korea Delphi Automotive Systems Corporation (now known as Erae Automotive Systems Co. Ltd.) opposes the page-extension and asks the court to strike plaintiff's reply brief, or in the alternative, allow it to file a sur-reply brief of 10-pages and to adjourn the hearing scheduled in this matter for this Thursday, April 13, 2017. The court finds that the page-extension is warranted. On March 28, 2017, defendant filed a supplemental brief without leave of court attaching a 1,400

page Singapore petition, which it referenced numerous times in its brief opposing confirmation of the arbitral award, as well as a 55-page affidavit of defendant's managing director and head of its legal department. Given defendant's submissions, plaintiff's request for a page-extension is warranted.

The court has considered defendant's request that it be allowed to file a 10-page sur-reply and that the hearing scheduled in this matter be adjourned, but finds that is not necessary at this juncture. Should the court determine at oral argument that defendant has been prejudiced by this order granting plaintiff a page-extension, the court will consider allowing defendant to file a sur-reply brief at that time. Accordingly, plaintiff's motion for a page-extension (Doc. 59) is GRANTED.

**IT IS SO ORDERED**.

Dated: April 10, 2017

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 10, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk