UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEXTEER AUTOMOTIVE
CORPORATION,

        Plaintiff,

v.

CASE NO. 13-CV-15189
HON. GEORGE CARAM STEEH

KOREA DELPHI AUTOMOTIVE
SYSTEMS CORPORATION,
(now known as) ERAE
AUTOMOTIVE SYSTEMS,

        Defendant.

_____/

## ORDER UNSEALING MEMORANDUM OPINION AND ORDER

On May 16, 2017, the court entered a sealed order (Doc. 67) granting in part and denying in part plaintiff Nexteer Automotive Corporation's motion to confirm the arbitration award (Doc. 42), and granting in part and denying in part defendant erae Automotive Systems' (Doc. 48) motion to stay this matter. The parties had submitted many of their briefs and exhibits under seal; thus, the court issued its opinion under seal but advised the parties that the court would unseal its opinion within 10 days after entry of the order absent any objection from the parties. Neither side has objected to the court unsealing

-1-

its opinion and the time period for doing so has expired. Accordingly, the Clerk is directed to unseal the court's May 16, 2017 Memorandum Opinion and Order (Doc. 67) forthwith.

**IT IS SO ORDERED**.

Dated: June 2, 2017

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on June 2, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk