UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEXTEER AUTOMOTIVE
CORPORATION,

         Plaintiff,

v.

KOREA DELPHI AUTOMOTIVE
SYSTEMS CORPORATION (now
ERAE AUTOMOTIVE SYSTEMS
CO., LTD.),

         Defendant.
_____/

Case No.: 2:13-cv-15189-GCS-LJM

Hon. George Caram Steeh

## SECOND AMENDED JUDGMENT CONFIRMING INTERNATIONAL ARBITRATION AWARD

In accordance with the Memorandum Opinion and Order entered on May 16, 2017 (Dkt. 67, the "Order"), the Judgment Confirming in Part International Arbitration Award (Dkt. 71), the Amended Judgment Confirming In Part International Arbitration Award (Dkt. 74), the parties' Stipulation to Lift Stay and Confirm the Derivative Royalty Provision in the International Arbitration Award and the Order Lifting Stay and Confirming the Derivative Royalty Provision in the International Arbitration Award

It is **ORDERED AND ADJUDGED** that Award No. 140 of 2016 issued by the Singapore International Arbitration Center on December 28, 2016 in the matter

of *Nexteer Automotive Corporation v. erae Automotive Systems Co., Ltd.*, Arb. Nos. 106, 229, 230 and 231 of 2013 (the "Award") is hereby **CONFIRMED in full**.

It is further **ORDERED AND ADJUDGED** that Defendant erae Automotive shall pay Plaintiff Nexteer the amount of $5,765,401, with Defendant erae Automotive to receive credit for payments made pursuant to the Award.

It is further **ORDERED AND ADJUDGED** that Defendant erae Automotive shall pay Plaintiff Nexteer pre-judgment interest on the $5,765,401 amount referenced in the preceding paragraph, calculated in accordance with MCL § 600.6013(8), from December 28, 2016 through the date of payment.[1]

It is further **ORDERED AND ADJUDGED** that, in addition to the amounts listed in the preceding paragraph, Defendant erae Automotive shall pay Nexteer a royalty of 4.5% on all sales of the KPJ halfshafts as well as any premium joint product derivative of the KPJ from November 30, 2015, together with an additional amount representing pre-judgment interest calculated in accordance with MCL § 600.6013(8) for all sales of these products between November 30, 2015 and the date of this Second Amended Judgment.

---

[1] Based on MCL § 600.6013(8), the daily interest rate changes on July 1 and January 1 of each year, with interest compounded annually.

It is further **ORDERED** that Defendant erae Automotive shall receive credit for payments made pursuant to the Award.

It is further **ORDERED AND ADJUDGED** that, as set forth in the Order, erae Automotive shall make future royalty payments on a quarterly basis, and furnish adequate proof of its halfshaft and premium joint product sales 30 days prior to the due date for each quarterly royalty payment.

It is further **ORDERED AND ADJUDGED** that Nexteer shall have the right to audit the sales and other financial records of erae Automotive and companies under erae Automotive's control to confirm compliance with the obligation to pay royalties pursuant to the Award. Any such audit is to be conducted by a mutually acceptable independent auditor, with the costs of the audit to be evenly split by the parties. Erae Automotive shall maintain the records of its sales of the KPJ halfshafts or any premium joint product derivative of KPJ for a period of at least five years, and make them available to the auditor during normal business hours subject to a three-day written notice.

It is further **ORDERED** that all payments to Nexteer shall be made by wire transfer in U.S. currency.

It is further **ORDERED** that this Second Amended Judgment does not preclude Nexteer from making an application for recovery of attorney's fees, costs and related interest incurred after the entry of the Award consistent with Nexteer's

rights pursuant to the underlying Award, Exclusive Manufacturing & Supply Agreements between the parties, common law and/or Fed. R. Civ. P. 54(b).

It is further **ORDERED** that the entry of this Second Amended Judgment does not restart the automatic stay period under Fed. R. Civ. P. 62(a), which ran from the date of the original Partial Judgment's entry on June 2, 2017.

       s/George Caram Steeh
       Hon. George Caram Steeh
       United States District Judge

Dated: October 12, 2017